# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1882
_____

VALERIE PASSLEY,

    Appellant,

    v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION and
SOUTHWEST AIRLINES CO.,

    Appellees.

_____


On appeal from the Reemployment Assistant Appeals
Commission.
Frank E. Brown, Chairman, Judge.

March 25, 2019


PER CURIAM.

    AFFIRMED.

ROBERTS, KELSEY, and WINSOR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Valerie Passley, pro se, Appellant.

Norman A. Blessing, General Counsel, and Katie Elisabeth Sabo, Appellate Counsel, Reemployment Assistance Appeals Commission, Tallahassee, for Appellees.